**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MIHAELA HRISTODOR,

     Plaintiff,

     vs.                                    Civ. No. 16-1321 SCY/LF

STREAM GLOBAL SERVICES-AZ, INC.,
and its predecessor in interest, CONVERGYS
CUSTOMER MANAGEMENT GROUP INC.,

     Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS**
**AND RECOMMENDED DISPOSITION**

     THIS MATTER is before the Court on Magistrate Judge Laura Fashing's Proposed

Findings and Recommended Disposition ("PFRD") recommending that Plaintiff Mihaela

Hristodor's case be dismissed without prejudice for her failure to appear at a status conference,

respond to an order to show cause, or otherwise prosecute her case.  Doc. 29. The parties have

not filed any objections to the PFRD, thereby waiving their right to review of the proposed

disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Furthermore, the Court notes that in email communications with Defendants' counsel, Plaintiff

acknowledged receipt of the order to show cause (Doc 28).  Accordingly, upon review of the

record, the Court concurs with Judge Fashing's findings and recommendations.

     **IT IS THEREFORE ORDERED THAT:**

1.  The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 29)

     is ADOPTED.

2.  Plaintiff's Complaint is dismissed without prejudice.

                                      UNITED STATES MAGISTRATE JUDGE